Dale J. Giali (SBN 150382)
HOWREY LLP
4 Park Plaza, Suite 1700
Irvine, CA  92614
Telephone:  (949) 721-6900
Facsimile:  (949) 721-6910
gialid@howrey.com

*Counsel for Plaintiffs*

**JS-6**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

BMW of North America, LLC and Bayerische Motoren Werke AG,

      Plaintiffs,

  v.

Empower Group, Inc.
*dba* MPower Group
*dba* BMW of Burbank and Andrew Terani,

      Defendants.

Case No. 2:09-cv-00953 (ODW)(PLA)

**CONSENT FINAL JUDGMENT OF PERMANENT INJUNCTION**

Date:  May 11, 2009
Time:  1:30 p.m.
Dept.:  11

*No Hearing Requested*

This matter was opened to the Court upon the filing of the Complaint of Plaintiffs BMW of North America, LLC and Bayerische Motoren Werke AG, seeking relief against Defendants Empower Group, Inc. and Andrew Terani for, among other things, a permanent injunction based on the allegations of the Complaint, including claims of trademark infringement, unfair competition, and cybersquatting.

Defendants, having been served with the Complaint herein and having waived the entry of findings of fact and conclusions of law pursuant to Rule 52 of the Federal Rules of Civil Procedure, and without admitting any of the allegations of the Complaint, and without trial, argument or adjudication of any issue of fact or law, having consented to the entry of this Final Judgment of Permanent Injunction (the "Final Judgment")

HOWREY LLP

DM_US:22006805_1

permanently restraining and enjoining Defendants from violating the Trademark Act of 1946 as amended, 15 U.S.C. § 1125 *et seq.* (the "Lanham Act"), and the law of the State of California, and it further appearing that this Court has jurisdiction over Defendants and the subject matter hereof, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Defendants, their agents, servants, employees, attorneys-in-fact, and all those persons in active concert or participation with any of them who receive actual notice of this Final Judgment by personal service or otherwise, and each of them, be and hereby are:

a) permanently enjoined from:

1) using the trade name or trademark "MPower", either alone or with other letters, shapes, or words, as or in connection with Defendants' trade name or business;

2) using either of the logos below, or colorable imitation thereof, in connection with Defendants' business;

 

3) capitalizing the letters "M" and "P" in Defendants' trade name "the EMPower Group," using a right-slanting M (such as the shape depicted in (a)(2) above), or doing any other thing that creates a likelihood of confusion between Defendants' trade name and BMW's "MPOWER" mark, "BMW MPOWER" mark, ///*M* mark, and other *M* trademarks;

4) using three parallel bars, as in BMW's M-Stripes logo, in connection with Defendants' trade name, business, and the advertising thereof;

HOWREY LLP

-2-

DM_US:22006805_1

5)   advertising Defendants' business as "BMW of Burbank" or otherwise using "BMW" in Defendants' trade name;

6)   using any other name or mark that is confusingly similar to BMW's M-Stripes logo or any other mark or designation of BMW or its affiliates, including but not limited to use of these marks on business signs, display windows, telephone directory advertisements, web sites, marketing materials, stationery and business cards; and

7)   making visible use of "BMW" in keyword advertising.

b)   ordered to cancel the domain names empowerbmw.com and mpowerbmw.com, and any other domain name registered by Defendants that contains "BMW" or any other mark of BMW, no later than July 31, 2009; and

c)   indicating or suggesting in any manner that Defendants' business is or was somehow sponsored by or affiliated with BMW, or otherwise passing off, promoting or selling any product or service as a product or service authorized by or under the supervision or control of BMW when such, in fact, is not the case.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Defendants, their agents, servants, employees, attorneys-in-fact, and all those persons in active concert or participation with any of them who receive actual notice of the Final Judgment by personal service or otherwise, and each of them, be and hereby are permanently enjoined and restrained from violating Cal. Bus. & Prof. Code § 17200 *et seq.* or the common law of California by committing any act of trademark infringement or unfair competition with respect to the "BMW" mark, "MPOWER" mark, "BMW MPOWER" mark, and BMW's M-Stripes logo;

IT IS FURTHER ORDERED that this Court shall retain jurisdiction of this matter for the purpose of enforcing the terms of this Final Judgment.  The parties acknowledge that a breach of this Final Judgment by Defendants or their agents would result in immediate and irreparable injury to BMW, that it would be difficult or impossible to

HOWREY LLP

-3-

DM_US:22006805_1

1 establish the full monetary value of such damage, and that BMW would be entitled to
2 immediate injunctive relief to enforce this consent judgment and to reimbursement of its
3 reasonable attorney's fees and costs arising from enforcement of such a breach.

6   The Clerk of this Court is hereby directed to enter this Final Judgment forthwith.

8   **IT IS SO ORDERED.**

10 Dated: <u>May 7, 2009</u>

                                                                    Judge Otis D. Wright, II
                                                                    United States District Judge

**HOWREY LLP**

-4-

DM_US:22006805_1